FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2023

SEAN F. McAVOY, CLERK

AUSA: NHH

County: Spokane

*In re Affidavit in Support of Criminal Complaint as to Patrick D. Terril*

State of Washington )

                 ss

County of Spokane  )

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Cory Dimas, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, state and depose as follows:

## AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint seeking the arrest of Patrick D. Terril (herein "TERRIL") for violating 18 U.S.C. §§ 922(g)(1) and 924(a)(8), Felon in Possession of a Firearm.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so since 2018. I am currently assigned to the FBI's Spokane Office, Safe Street Task Force / Safe Trails Task Force. I am currently investigating violent crimes in Indian Country, specifically violations of federal law on the Colville, Spokane, and Kalispel Indian Reservations in Washington. As an FBI Special Agent, I have received extensive training in a variety of investigative and legal matters of violations of federal and state law. I have participated in numerous investigations that involved firearms, narcotics, and various other violent crimes.

3.      The information contained in this affidavit was obtained from the investigation conducted by your affiant in addition to information provided to your affiant

SA Cory Dimas Complaint Affidavit (23-mj-00470-JAG) 1

by other local, tribal and federal law enforcement agents. Because this affidavit is made for the limited purpose of establishing probable cause for the arrest warrant, your affiant has not recited each and every fact known to your affiant as a result of this investigation.

## RELEVANT FACTUAL ALLEGATIONS AS TO PROBABLE CAUSE

4.    On or about August 18, 2023, at approximately 3:45 a.m., Kalispel Tribal Police (KTP) were dispatched after a female indicated she was threatened by an unknown male with a firearm.  The incident occurred in a parking lot near the Northern Quest Casino in Airway Heights, Washington, which is within the exterior boundary of the Kalispel Indian Reservation. This is also in the Eastern District of Washington.

5.    KTP Officer Wharton responded to the B & B Theatre parking lot located at 10893 W. Northern Quest Drive and spoke with the driver and passenger of a vehicle who indicated that they had been threatened by an unknown white male with tattoos on his face, wearing a black/grey hat, and carrying a backpack.  Specifically, the male, later identified as TERRIL, exited the front passenger seat of a gold-colored SUV with a backpack, approached the victim's car, said some curse words while pulling a pistol from the backpack, and pointed the pistol at the victim. The victim drove away and parked across the parking lot to keep an eye on the unknown male while the passenger called casino security. The victim eventually lost sight of the SUV and unknown male.

6.    Casino security was able to observe footage which corroborated the victim's statement. Casino security was also able to locate the same gold-colored SUV parked in a different location on tribal property. Casino security told Officer Wharton that the male passenger and the female driver of the SUV were sitting outside of the vehicle on the grassy

SA Cory Dimas Complaint Affidavit (23-mj-00470-JAG) 2

area adjacent to the parking lot. Officer Wharton and other officers approached and detained the male (TERRIL) and female. TERRIL's appearance was consistent with the male in the surveillance video that confronted the victim.

7.    Officer Wharton looked in the SUV through the windows and observed a backpack sitting on the floorboard of the front passenger side of the vehicle. The vehicle was registered to the female driver of the vehicle, and she provided Officer Wharton with permission to search the SUV.

8.    During the search, Officer Wharton located a loaded black Beretta pistol and a plastic bag containing 68 small blue pills that are believed through training and experience to be laced with fentanyl. The pistol is a Beretta, model 92FS, 9mm caliber pistol. Patrick Terril was arrested on a Washington DOC felony warrant as well as charges related to this incident.

9.    Your affiant conducted a criminal history check and identified that Patrick D. Terril was convicted and sentenced to 22 months of confinement for Second Degree Unlawful Possession of a Firearm by the Superior Court of Washington, Spokane County, on March 5, 2021. Your affiant went to Spokane County Court Viewer and located the plea agreement (*Statement of Defendant on Plea of Guilty*) that TERRIL signed, which stated that he was no longer allowed to possess firearms under federal law, further indicating TERRIL's knowledge that he was prohibited from possessing a firearm.

10.    I have also consulted with FBI Special Agent Matt Miller, and he advised me that the Beretta pistol described above was not manufactured in Washington State and therefore travelled in interstate commerce. I have also reviewed an ATF trace summary

report, which indicates the above-described Beretta pistol was previously sold in California, further corroborating that the firearm has travelled in interstate commerce. Accordingly, I respectfully submit there is probable cause to believe TERRIL violated 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm.

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____
**Cory Dimas**
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically on this 28th day of December, 2023.

_____
Honorable James A. Goeke
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF WASHINGTON

SA Cory Dimas Complaint Affidavit (23-mj-00470-JAG) 4